UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18 - 40086 |
| Plaintiff, | INFORMATION |
| v. | WIRE FRAUD |
| KRISTIN DEBOER, | 18 U.S.C. § 1343 |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, charges and informs the Court:

On or about May 11, 2016, in the District of South Dakota and elsewhere, the Defendant, Kristin DeBoer, devised and intended to devise a scheme and artifice to defraud the Oglala Sioux Tribe, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. For the purpose of executing the scheme and artifice, Kristin DeBoer did knowingly cause to be transmitted by means of wire communication in interstate commerce the signals and sounds, all in violation of 18 U.S.C. § 1343, to effectuate the withdrawal of funds from a banking account belonging to the Oglala Sioux Tribe, at The First National Bank of Gordon in Gordon, Nebraska, to an account belonging to All Around Sports, L.L.C., at Idaho Central Credit Union in the State and District of Idaho. The amount of the wire transfer was $54,000. The Oglala Sioux Tribe is a federally recognized tribe, headquartered in Pine Ridge, South Dakota, with its lands within the exterior boundaries of the Pine Ridge Indian Reservation. Defendant's conduct violated 18 U.S.C. § 1343.

Dated this 25th day of June, 2018.

                    RONALD A. PARSONS, JR.
                    United States Attorney

                    _____
                    Jeremy R. Jehangiri
                    Assistant United States Attorney
                    325 South 1st Avenue, Suite 300
                    Sioux Falls, South Dakota 57104
                    Telephone:  (605) 330-4400
                    Facsimile:  (605) 330-4410

Penalties:   20 years of custody, a $250,000 fine, or both; 3 years of supervised release, a violation of any condition of release could result in 2 years additional incarceration on any such revocation; $100 assessment; forfeiture; restitution.

Date Filed:   June _____, 2018