# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

Lawrence L. Piersol United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLW | Court Reporter – Jill Connelly |
| Courtroom - SF #1 | Date – November 18, 2019 |
| U.S. Probation Officer – Natalie Kaufman | |

4:18-CR-40086-01

| | |
|---|---|
| United States of America | Jeremy Jehangiri |
| Plaintiff, | |
| vs. | |
| Kristin DeBoer | TJ Von Wald |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 p.m.

TIME:

5:14 p.m.    Enter Contested Sentencing Hearing

   Defendant sentenced to 2 years probation; $100 special assessment.

5:33 p.m.    Court in recess.